AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF SOUTH CAROLINA

RECEIVED
2022 JUL 13 PM 3:42
UNITED STATES MARSHALS
COLUMBIA, SC

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:22-cr-640 |
| | ) | |
| JEREMY ALLEN HUGHES | ) | |
| a/k/a "Brian Williams" | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JEREMY ALLEN HUGHES, a/k/a "Brian Williams",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 922(g)(9)
Title 18, United States Code, Section 924(a)(2)
Title 18, United States Code, Section 924(e)
Title 18, United States Code, Section 912
Title 18, United States Code, Section 924(d)(1)
Title 28, United States Code, Section 2461(c)

Date: July 13, 2022

s/Elena Graham
Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT

City and state:   Charleston, South Carolina

*Printed name and title*

---

**Return**

This warrant was received on *(date)* JUL 13 2022, and the person was arrested on *(date)* 7/25/2022
at *(city and state)* Charleston, SC.

Date: 7/26/2022

USMS D/SC Charleston
*Arresting officer's signature*

By: P. Schwartz, IA
*Printed name and title*